May 7, 1982.

446 A.2d 667

Bricen v. Murrays Ford, Appellant.

Argued October 27, 1981.   Anthony S. Guido, for appellant;  Norbert J. Pontzer, for appellee.

Before SPAETH, HESTER and JOHNSON, JJ.

Order affirmed.